# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141566

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

JAYCE ALLEN SMITH,
           Defendant-Appellant.

SC: 141566
COA: 297972
Kalamazoo CC: 2009-000036-FH

_____/

      By order of November 22, 2010, the application for leave to appeal the June 23, 2010 order of the Court of Appeals was held in abeyance pending the decision in *People v Smith* (Docket No. 140371). On order of the Court, the case having been decided on December 29, 2010, 488 Mich 193 (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

*Corbin R. Davis*

Clerk

p0228